### POMEROY and others *vs.* AVERY.

Where the surety in a bond given upon the allowance of an injunction is a material witness for the complainant, he may be discharged by the court, and his bond cancelled, upon the complainants' giving a new bond with sufficient sureties to be approved of by a master after due notice to the defendant in the suit of the time and place of approving the new sureties.

THIS was an application by the complainants to substi- May 17. tute a new surety to a bond given upon the allowance of an injunction, upon an affidavit that the surety in such bond was a material witness for the complainant in the suit.

*D. Wright*, for the complainants.

*O. Allen*, for the defendant.

THE CHANCELLOR directed the surety to be changed and the bond to be delivered up and cancelled, upon the complainants' filing a new bond of the same date, with the like condition, and in the same penalty, with two sufficient sureties to be approved of by a master, upon due notice to the defendant of the time and place of such approval.